**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff, LEEMANUEL WEILCH

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEEMANUEL WEILCH,<br><br>Plaintiff,<br><br>vs.<br><br>HWASH CORP. D/B/A BOURBON STREET LIQUOR; OLGA WAINBERG, AS TRUSTEE OF THE SALOMON WAINBERG AND OLGA WAINBERG FAMILY TRUST; and DOES 1 to 10,<br><br>Defendants. | **Case No.: 2:20-cv-09313 AB (JEMx)**<br>Hon. Andre Birotte Jr.<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff LEEMANUEL WEILCH ("Plaintiff") and Defendant OLGA WAINBERG, AS TRUSTEE OF THE SALOMON WAINBERG AND OLGA WAINBERG FAMILY TRUST stipulate and jointly request that this Court dismiss, with prejudice, the above-captioned action, in its entirety.  Each party shall bear his or its own costs and attorneys' fees.

Respectfully submitted,

DATED:  February 04, 2021    SO. CAL. EQUAL ACCESS GROUP

By:   */s/   Jason J. Kim*
Jason J. Kim
Attorneys for Plaintiff

Dated:  February 04, 2021    **COLLINS & KHAN LLP**

By:   */s/ Marc A. Collins*
Marc A. Collins
Azim Khanmohamed
Attorney for Defendant
OLGA WAINBERG, AS TRUSTEE OF THE SALOMON WAINBERG AND OLGA WAINBERG FAMILY TRUST

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  February 04, 2021        By: */s/ Jason J. Kim*
Jason J. Kim

1
JOINT STIPULATION FOR DEFENDANT WITH PREJUDICE