JS-6

1
2
3
4
5
6
7

8          **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA**

10  LEEMANUEL WEILCH,                    **Case No.: 2:20-cv-09313 AB (JEMx)**
                                         Hon. André Birotte Jr.
11              Plaintiff,
                                         **ORDER GRANTING STIPULATION**
12                                       **FOR DISMISSAL OF THE ENTIRE**
                                         **ACTION**
13          vs.

14  HWASH CORP. D/B/A BOURBON
15  STREET LIQUOR; OLGA
    WAINBERG, AS TRUSTEE OF THE
16  SALOMON WAINBERG AND OLGA
17  WAINBERG FAMILY TRUST; and
    DOES 1 to 10,
18
19              Defendants.

20

21  Based on the stipulation of the parties and for good cause shown:

22          IT IS HEREBY ORDERED that the entire action be dismissed with prejudice,
23  all parties to bear their own fees and costs.

24          **IT IS SO ORDERED.**

25

26          DATED: February 9, 2021        _____
27                                          André Birotte Jr.
                                            United States District Court Judge
28